IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **APRIL LEN,**      )<br>                         )<br>     **Plaintiff,**   )<br>                         )<br> vs.                  )<br>                         )<br> **SECRETARY OF STATE OF ILLINOIS,** )<br> **ET AL.,**            )<br>                         )<br>     **Defendants.** | Case No. 3:19-CV-00742-MAB |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

   **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 16, 2020, which granted in part and denied in part Defendants' motion to dismiss (Doc. 38), Defendant Secretary of State of Illinois was **DISMISSED with prejudice**.

   **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated May 18, 2021, which granted the remaining Defendants' motion to dismiss, Plaintiff's Counts I-III were **DISMISSED with prejudice**. Plaintiff's Counts IV and V were **DISMISSED without prejudice**, which resulted in the dismissal of Defendants Randy Blue, Michael Mayer, and Jay Morgan. Judgment is hereby entered in favor of Defendants and against Plaintiff.

   DATED: May 18, 2021

                    **MARGARET M. ROBERTIE,**
                    Clerk of Court

                BY:  */s/ Jennifer Jones*
                      **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**